# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3818

_____

Kenny E. Goodwin,              *
                                   *
        Appellant,      *
                                   *   Appeal from the United States
     v.               *   District Court for the Eastern
                                 *   District of Arkansas.
Thomas J. Ridge, Secretary,   *
Department of Homeland      *
Security,                 *   [UNPUBLISHED]
                                 *
        Appellee.       *

_____

Submitted: November 7, 2006
Filed: November 30, 2006

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Kenny E. Goodwin appeals the district court's[1] adverse grant of summary judgment in his Title VII suit claiming race discrimination against the United States Department of Homeland Security. Having carefully reviewed the record and considered Goodwin's arguments, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

Cir. 2002) (de novo standard of review), we find no basis for reversal.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____